

**ORDERED in the Southern District of Florida on August 11, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:                                                                  CASE NO. 10-15508-BKC-LMI

**ROBERTA A. ROUSSEAU,**                                                Chapter 7

    **Debtor.**
_____/

**AGREED ORDER GRANTING TRUSTEE'S SECOND AGREED
*EX PARTE* MOTION FOR EXTENSION OF TIME TO OBJECT TO
DEBTOR'S DISCHARGE AND DISCHARGEABILITY**

THIS CAUSE came before the Court upon the Chapter 7 Trustee's Agreed Motion for Extension of Time to Object to Debtor's Discharge and Dischargeability (the "Motion") (D.E. # 99). The Court having reviewed and considered the Motion, and having noted the agreement of the parties, finds good cause to grant the Motion. Accordingly, it is

    **ORDERED as follows**:

    1.    The Motion is **GRANTED**.

2. The Trustee shall have up to and including **October 12, 2010**, within which to file a complaint objecting to the Debtor's discharge and dischargeability of debts pursuant to sections 523 and 727 of the Bankruptcy Code .

###

Submitted by:

Brett M. Amron, Esq.
Morgan B. Edelboim Esq.
BAST AMRON LLP
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone 305.379.7904
Facsimile 305.379.7905
Email: bamron@bastamron.com
Email: medelboim@bastamron.com

[Attorney Edelboim shall serve a conformed copy of this Order to all interested parties and file a Certificate of Service.]