UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>**ROBERTA ANN ROUSSEAU,**<br><br>      Debtor. | **Case No. 10-15508-LMI**<br>Chapter 7 |

### AGREED MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523[1]

Arent Fox, LLP ("Arent Fox"), an unsecured creditor in the above captioned Chapter 7 case, hereby files this Agreed Motion to Extend Time to File a Complaint Objecting Dischargeability of Debt Pursuant to 11 U.S.C. § 523, Fed. R. Bankr. P. 4004(b), 9006(b) and Local Rule 9013-1 (the "Motion"), and in support thereof states as follows:

1. The Debtor filed a chapter 7 bankruptcy under Title 11 of the United States Code on March 4, 2010.

2. The deadline to file a complaint objecting to discharge or dischargeability expires on January 14, 2011.

3. In an abundance of caution, Arent Fox seeks an extension of the deadline to file a complaint objecting to the dischargeability of its debt pursuant to 11 U.S.C. § 523.

4. Prior to the filing of this Motion, undersigned counsel contacted Debtor's counsel, Lawrence M. Schantz, Esq., and requested an extension of time within which to file a complaint objecting to the dischargeability of Arent Fox's debt pursuant to 11 U.S.C. § 523. Based on the

---

[1] This Court's order dated October 25, 2010 granting Arent Fox's Fourth Agreed Motion for Extension of Time (D.E. 132) states that no further extensions will be granted without a hearing at which both counsel will be required to attend. Accordingly, the parties request a hearing on this Motion and undersigned counsel shall request to appear telephonically through the CourtCall system.

1

circumstances (described below), Debtor's counsel graciously agreed to such extension through and including March 1, 2011.

5. This request is made on behalf of Arent Fox, and is not intended as a request for enlargement for any other creditor or interested party.

6. Although this is Arent Fox's fifth request for an extension of the dischargeability deadline, Arent Fox submits that this request for an extension is made in good faith and not for purposes of delay. Arent Fox and Debtor's counsel have been working cooperatively and consensually to exchange certain documents. This informal discovery process is ongoing and no issues have arisen to date.

7. Once the Debtor has provided the requested documents, Arent Fox will make a prompt determination as to whether it intends to object to discharge under 11 U.S.C. §523.

8. Accordingly, for good cause shown, Arent Fox respectfully requests an extension of the deadline within which to file a complaint objecting to dischargeability of debt pursuant to 11 U.S.C. §523 through and including March 1, 2011.

**WHEREFORE,** Arent Fox respectfully requests this Court enter an order granting this Motion, and any other relief that is just and proper.

Dated: January 6, 2011

Respectfully submitted,

/s/ Katie A. Lane
Katie A. Lane (FL Bar. No. 595585)
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington DC 20036
Telephone: (202) 828-3422
Facsimile: (202) 857-6395
Email: lane.katie@arentfox.com

## ATTORNEY CERTIFICATION PURSUANT TO L.R. 2090-1(A)

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## Certificate of Service

I hereby certify that on January 6, 2011, I served a copy of the foregoing Agreed Motion to Extend Time Within Which to Object to Dischargeability of Debt Pursuant to 11 U.S.C. §523 on the following parties and attorneys via CM/ECF:

| | |
|---|---|
| Becket and Lee LLP<br>notices@becket-lee.com<br>*Counsel for American Express Centurion Bank* | Brett M Amron, Esq.<br>Morgan B. Edelboim, Esq.<br>bamron@bastamron.com<br>medelboim@bastamron.com<br>*Counsel for the Trustee* |
| Lawrence M Schantz, Esq.<br>Mark S. Roher, Esq.<br>lms@adorno.com<br>*Counsel for the Debtor* | Soneet Kapila<br>trustee@kapilaco.com<br>*Chapter 7 Trustee* |
| John C Brock , Esq.<br>sobkmail@defaultlawfl.com<br>*Counsel for US Bank National Association* | Office of the US Trustee<br>FL68@ecfcbis.com<br>USTPRegion21.MM.ECF@usdoj.gov<br>*U.S. Trustee* |

And via U.S. mail on

| | |
|---|---|
| Roberta Ann Rousseau<br>1000 Island Blvd, #2506<br>Aventura, FL 33160<br>*Debtor* | Bimota SPA<br>c/o John J Phelan<br>2385 NW Executive Center Dr #100<br>Boca Raton, FL 33431 |

/s/ Katie A. Lane

3